No. 05–6686. STAMBOLIA v. OHIO. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 05–6692. JAMES v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 05–6694. MCNEIL v. HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6700. JACKSON v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6707. MCDONALD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 05–6716. NALL v. FARWELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6763. BAKER v. DEPARTMENT OF THE INTERIOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6898. TAYLOR v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 05–6914. BARKER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 05–6918. REEVE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6925. REDFERN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6957. BARBER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6958. BURCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6969. TRACY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–6972. DIAZ CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.